658

198 So. 877

**Hilliard LUCAS v. STATE.**

**8 Div. 35.**

Court of Appeals of Alabama.
Nov. 6, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

193 So. 888

**Pat McANELLY, Jr., v. CITY OF HUNTSVILLE.**

**8 Div. 893.**

Court of Appeals of Alabama.
Jan. 18, 1940.

PER CURIAM.

Appeal dismissed for want of prosecution.

195 So. 910

**Arthur McBURNETT v. STATE.**

**4 Div. 579.**

Court of Appeals of Alabama.
April 2, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

193 So. 888

**Jack McCARTNEY v. STATE.**

**7 Div. 501.**

Court of Appeals of Alabama.
Jan. 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

196 So. 905

**Chandler (alias Chester) McCOSTLIN v. STATE.**

**6 Div. 598.**

Court of Appeals of Alabama.
April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

199 So. 912

**Nep McDANIEL v. STATE.**

**8 Div. 17.**

Court of Appeals of Alabama.
Nov. 12, 1940.

W. L. Chenault, of Russellville, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.